Donna M. BRIGGS, Plaintiff–Appellant,

v.

CITY OF NORFOLK, a municipal corporation, organized under the laws of the Commonwealth of Virginia; Paul D. Fraim, individually, and officially in his capacity as mayor of Norfolk; Kamala Hallgren Lannetti, individually, and officially as the former assistant attorney for the City of Norfolk; Harold P. Juren, individually, and officially as the assistant city attorney for the City of Norfolk; Melvin High, individually, and officially as the chief of police for the City of Norfolk; James Brownlie, individually, and officially as a lieutenant on the Norfolk police force; Alan Bostjancic, individually, and officially as a police officer for the City of Norfolk; Mark Railling, individually, and officially as a police officer of the City of Norfolk; R.K. Abbott, in his individual capacity; Thomas Baldwin, in his individual capacity; Two Unnamed Police Officers of the Norfolk Police Department, in their individual capacities; James B. Oliver, Jr., individually, and as the city manager of the City of Norfolk; Jayward Hanna, individually, and officially as lieutenant on the Norfolk police force; Thomas Springer, individually, and officially as a police officer for the City of Norfolk; James Prentice, individually, and officially as a police officer for the City of Norfolk, Defendants–Appellees,

and

Leonard Merritt, individually, Defendant,

Federal Bureau of Investigation, Party in Interest,

Wachovia Bank, Garnishee,

The City of Virginia Beach; Everett A. Martin, Jr., Judge of the Circuit Court for the City of Norfolk; Patrick Norsk; Betty Black; Honorable Charles Cloud; Mason Andrews; Debbie Miller; Eugene Reagan; Marvin D. Miller; Clients and Prospective Clients of the Law Offices of Marvin D. Miller; Law Offices of Marvin D. Miller; Louis N. Joynes, II; Joynes & Gaidies Law Group, PC; Dale Gauding; Derek Young, Movants.

Donna M. Briggs, Plaintiff–Appellant,

v.

City of Norfolk, a municipal corporation, organized under the laws of the Commonwealth of Virginia; Paul D. Fraim, individually, and officially in his capacity as Mayor of Norfolk; Kamala Hallgren Lannetti, individually, and officially as the former assistant attorney for the City of Norfolk; Harold P. Juren, individually, and officially as the assistant city attorney for the City of Norfolk; Melvin High, individually, and officially as the chief of police for the City of Norfolk; James Brownlie, individually, and officially as a lieutenant on the Norfolk police force; Alan Bostjancic, individually, and officially as a police officer for the City of Norfolk; Mark Railling, individually, and officially as a police officer of the City of Norfolk; R.K. Abbott, in his individual capacity; Thomas Baldwin, in his individual capacity; Two Unnamed Police Officers of the Norfolk Police Department, in their individual capacities; James B. Oliver, Jr., individually, and officially as the city manager of the City of Norfolk; Jayward Hanna, individually, and officially as lieutenant on the Norfolk police force; Thomas

Springer, individually, and officially as a police officer for the City of Norfolk; James Prentice, individually, and officially as a police officer for the City of Norfolk, Defendants–Appellees,

and

Leonard Merritt, individually, Defendant,

Federal Bureau of Investigation, Party in Interest,

Wachovia Bank, Garnishee,

The City of Virginia Beach; Everett A. Martin, Jr., Judge of the circuit Court for the City of Norfolk; Patrick Norsk; Charles Cloud; Mason Andrews; Debbie Miller; Eugene Reagan; Marvin D. Miller; Clients and Prospective Clients of the Law Offices of Marvin D. Miller; Law Offices of Marvin D. Miller; Louis N. Joynes, II; Joynes & Gaidies Law Group, PC; Dale Gauding; Derek Young, Movants.

Nos. 03–1554, 03–1810.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 19, 2003.

Decided Sept. 8, 2003.

Donna M. Briggs, Appellant Pro Se. Alan Brody Rashkind, Krista Ann Griffith, James Arthur Cales, III, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia; Catherine Crooks Hill, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donna M. Briggs seeks to appeal the district court's orders imposing sanctions based on Briggs' failure to comply with a protective order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Briggs seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. *See Fox v. Capital Co.,* 299 U.S. 105, 107, 57 S.Ct. 57, 81 L.Ed. 67 (1936); *Law v. NCAA,* 134 F.3d 1438, 1440 (10th Cir.1998); *In re Licht & Semonoff,* 796 F.2d 564, 568 (1st Cir.1986). Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Briggs' motion to supplement the record with the entire record of the district court, as the entire record is not necessary in this interlocutory appeal. We likewise deny Briggs' motion to recuse the judges of this court. Finally, we deny the motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*